UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PCAM, LLC, a California limited liability company, <br><br> Defendant. | NO. C17-840-JPD <br><br> ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE |

This matter comes before the Court upon the parties' stipulated motion to dismiss this civil action with prejudice. Dkt. 10. Having reviewed the parties' motion, governing law, and the balance of the record, the Court GRANTS the parties' stipulated motion. Each party shall bear its own attorneys' fees and costs of suit.

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 13th day of November, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 1